

# United States District Court
# Eastern District of California

| | |
|---|---|
| CALVIN EUGENE ABSHIER; and JOANNE ABSHIER,<br>Plaintiff(s) | Case Number: 2:25-cv-03230-DAD-DMC |

V.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jennifer "Ginger" M. Busby _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Allianz Life Insurance Company of North America _____

On September 28, 1990 _____ (date), I was admitted to practice and presently in good standing in the

State of Alabama _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: February 13, 2026 _____     Signature of Applicant: /s/ _____
Jennifer "Ginger" M. Busby

**Pro Hac Vice Attorney**

Applicant's Name:               Jennifer "Ginger" M. Busby

Law Firm Name:               Burr & Forman LLP

Address:                              420 North 20th Street, Suite 3400


City:                              Birmingham               State: AL          Zip: 35203

Phone Number w/Area Code: 205.251.3000

City and State of Residence:  Birmingham, Alabama

Primary E-mail Address:      gbusby@burr.com

Secondary E-mail Address:   aday@burr.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:


Local Counsel's Name:      Dick A. Semerdjian

Law Firm Name:              Schwartz Semerdjian Cauley Schena & Bush LLP

Address:                          101 W. Broadway, Suite 810


City:                              San Diego               State: CA          Zip: 92101

Phone Number w/Area Code: 619.236.8821                    Bar # 123630


## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:   February 25, 2026

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT